171 So.2d 666

### GENERAL COMMITTEE OF ADJUSTMENT, BROTHERHOOD OF LOCOMOTIVE ENGINEERS, KANSAS CITY SOUTHERN RAILWAY,
### v.
### GENERAL COMMITTEE OF ADJUSTMENT, BROTHERHOOD OF LOCOMOTIVE ENGINEERS, LOUISIANA AND ARKANSAS RAILWAY, and Grand International Brotherhood of Locomotive Engineers.

### No. 47625.

Feb. 25, 1965.

In re: General Committee of Adjustment, Brotherhood of Locomotive Engi-

neers, Kansas City Southern Railway, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 170 So.2d 204.

Writ refused. On the facts found by the Court of Appeal, the result is correct.